<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-524**

In Re: DAVID BRYANT WICKS,

Petitioner.

On Petition for Writ of Mandamus. (CR-96-593)

Submitted: April 17, 1997          Decided: April 30, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

David Bryant Wicks, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Bryant Wicks has filed a petition for a writ of mandamus seeking to prohibit the United States from using, at sentencing, statements elicited in response to a proffer of immunity. The granting of a writ of mandamus is a drastic remedy reserved for situations in which the petitioner has no other adequate remedy. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Because alternative remedies are available to Wicks, we deny his petition for a writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not  aid the decisional process.

PETITION DENIED

2